UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERNESTO PADRON-BOTANA,

        Petitioner,

v.                                Case No. 2:26-cv-942-SPC-DNF

ASSISTANT DIRECTOR, US DHS ICE
ERO MIAMI FIELD OFFICE, et al.,

        Respondents.
_____/

## <u>ORDER</u>

Before the Court is Petitioner Ernesto Padron-Botana's Verified Petition for Writ of Habeas Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory, Injunctive, and Mandamus Relief Corpus (Doc. 1).

Padron-Botana cannot shoehorn non-habeas claims into this habeas action.  His habeas and non-habeas claims are asserted against different sets of officials and are subject to different procedural rules, venue and jurisdiction considerations, and filing fee requirements.  Padron-Botana must pursue his non-habeas claims in a separate action.  *See Bernal v. Field Office Director Miami Field Office*, --- F. Supp. 3d ---, ---, 2026 WL 120156, at *2 n.2 (S.D. Fla. Jan. 16, 2026) ("declaratory and injunctive relief may not be sought through a habeas petition"); *see also Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S.

103, 119-20 (2020) (explaining that the only relief available through a habeas petition is the relief within "the scope of the writ as it was understood when the Constitution was adopted"). Because petition/complaint improperly intertwines habeas and non-habeas claims, Padron-Botana must replead to continue prosecuting this case.

Accordingly, Padron-Botana's petition/complaint is **DISMISSED without prejudice.** Padron-Botana may file an amended petition asserting only his habeas claims within **14 days** of this Order. Otherwise, the Court will enter judgment and close this case without further notice. Padron-Botana may pursue his non-habeas claims in a separate civil action.

**DONE AND ORDERED** in Fort Myers, Florida on April 2, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

caw 4/1
Copies:    All parties of record

2